UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED 9/... *Cas* D.C.

2005 SEP -6  AM 10: 02

THOMAS ...
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| )  | |
| vs.  ) | Cr. No. 05-20317-B |
| )  | |
| TERRY WRIGHT  ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Katrina U. Earley, Assistant U.S. Attorney applies to the Court for a Writ to have Terry Wright, BKG #05203613, DOB 01-05-62, is now being detained in the Shelby County Jail appear before the Honorable Diane K. Vescovo on 14th, September, 2005, at 2:00 p.m. for initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 6th day of September, 2005.

*Katrina U. Earley*
Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN,

YOU ARE HEREBY COMMANDED to have Terry Wright_____

appear before the Honorable Diane K. Vescovo at the date and time aforementioned.

ENTERED this 6th day of September 2005.

*Diane K. Vescovo*
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20317 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT