UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 31 AM 11:46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Cr. No. 05-20317-B

TERRY WRIGHT,

    Defendant.

## ORDER GRANTING MOTION FOR LEAVE TO FILE
## MOTION TO SUPPRESS FRUITS OF ILLEGAL ARREST,
## STATEMENTS OF DEFENDANT AND MEMORANDUM IN SUPPORT

Upon motion of the Defendant for leave to file a Motion to Suppress Fruits of Illegal Arrest, Statements of Defendant and Supporting Memorandum, and it appearing that the motion is well taken and for good cause shown:

**IT IS ORDERED** that Defendant's Motion to Suppress Fruits of Illegal Arrest, Statements of Defendant and Supporting Memorandum in this case is hereby **FILED INSTANTER.**

It is so **ORDERED**, this the 28th day of Oct, 2005.

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-31-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20317 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT